**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

CHARLES WARREN ESLER,

      Plaintiff,

v.

LINDA S. MCMAHON (MICHAEL J. ASTRUE), Commissioner of Social Security,

      Defendant.

No. C 06-5588 SBA

**ORDER**

On September 12, 2006, *pro se* plaintiff Charles Warren Esler filed a complaint seeking judicial review of a decision by the Commissioner of Social Security. *See* Docket No. 1. The same day, the Court issued its Procedural Order for Social Security Review Actions. *See* Docket No. 3. The Commissioner filed an answer to the complaint on December 6, 2006. *See* Docket No. 9. Under this Court's Procedural Order, "Plaintiff shall serve and file a motion for summary judgment or for remand within thirty days of service of defendant's answer." Docket No. 3. More than a year has passed and the plaintiff has not filed any such motion as directed. Accordingly, it is ORDERED that the plaintiff file a motion within thirty days of the date of this order, or this action will be dismissed without prejudice.

IT IS SO ORDERED.

January 14, 2008

                                        Saundra Brown Armstrong
                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHARLES W. ESLER,

        Plaintiff,

v.

JOANNE BARNHARDT et al,

        Defendant.

Case Number: CV06-05588 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Warren Esler
925 Pierce Street
#1
San Francisco, CA 94115

Dated: January 14, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk