**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CHARLES WARREN ESLER,  | No. C 06-5588 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| LINDA S. MCMAHON (MICHAEL J. ASTRUE), Commissioner of Social Security, | |
| Defendant. | |

On September 12, 2006, *pro se* plaintiff Charles Warren Esler filed a complaint seeking judicial review of a decision by the Commissioner of Social Security. *See* Docket No. 1. The same day, the Court issued its Procedural Order for Social Security Review Actions. *See* Docket No. 3. The Commissioner filed an answer to the complaint on December 6, 2006. *See* Docket No. 9. Under this Court's Procedural Order, "Plaintiff shall serve and file a motion for summary judgment or for remand within thirty days of service of defendant's answer." Docket No. 3. As of December 7, 2006, more than a year had passed and the plaintiff had not filed any such motion as directed. As a result, on January 14, 2008, this Court ordered that the plaintiff must file a motion within 30 days, by February 13, 2008, or this action would be dismissed without prejudice. *See* Docket No. 13. As of March 25, 2008, however, the plaintiff has not filed any such motion as directed.

Therefore, this action is DISMISSED without prejudice. All matters calendared in this matter are VACATED. The Clerk of the Court shall close the file and terminate any pending matters.

IT IS SO ORDERED.

March 26, 2008

Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHARLES W. ESLER,

        Plaintiff,

  v.

JOANNE BARNHARDT et al,

        Defendant.

Case Number: CV06-05588 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Warren Esler
925 Pierce Street
#1
San Francisco, CA 94115

Dated: March 26, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

2